UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RUSUL KAREEM HUSSEIN, on behalf of herself; and AMMAR IMAD ALI KARWI on behalf of himself<br><br>*Plaintiffs,*<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, in his official capacity as Acting Secretary of Homeland Security, *et al.*<br><br>*Defendants.* | Case No. 4:23-CV-02192 |

## ORDER OF THE DISTRICT COURT JUDGE

Upon consideration of the **Joint Motion to Remand,** it is HEREBY ORDERED that the motion be:

[ **X** ] **GRANTED.** USCIS has six (6) months from the date this Order is signed by the Judge to administer the oath ceremony to Plaintiff Karwi and schedule the naturalization interview for Plaintiff Hussein. If USCIS fails to administer the oath ceremony for Plaintiff Karwi and schedule the naturalization interview for Plaintiff Hussein within this time period, Plaintiffs may petition the court to reopen or reinstate their mandamus action. Costs and fees for this litigation shall be borne by the respective parties.

[   ] **DENIED,** because: _____

_____

_____

_____

_____

Date: August 23, 2023

_George C. Hanks, Jr._
District Court Judge